**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| JEANETTE COATES, | CASE NO. 08-23985 |
| DEBTOR | JUDGE: Barnes |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Barry A. Chatz, 120 South Riverside Plaza, Suite 1200, Chicago, IL 60606
Sara K. Ledford, Ledford & Wu, 200 S. Michigan Ave., Suite 209, Chicago, IL 60604
**Notified via US Postal Service**
Jeanette Coates, 8301 S. Yates Blvd., Chicago, IL 60617
** Please see attached list of Creditors**

Please take notice that on the 30th day of April, 2013, at the hour of 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, Courtroom 613 at the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

**AFFIDAVIT OF SERVICE**

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on April 8, 2013, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

Respectfully Submitted,

/s/ Jill A. Luetkenhaus
Jill A. Luetkenhaus

Ross Brand  ARDC #6294886
Richard B. Aronow ARDC# 03123969
Christopher J. Stasko ARDC# 6256720
Jill A. Luetkenhaus ARDC# 6299380
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301, Bannockburn, IL 60015  |  (847)291-1717
Attorneys for Movant
12-064532

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| JEANETTE COATES, | NO. 08-23985 |
| DEBTOR | JUDGE: Barnes |

## MOTION TO COMPEL THE TRUSTEE OF THE DEBTOR'S ESTATE TO ABANDON CERTAIN REAL PROPERTY

NOW COMES the Movant, Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1, by and through its attorneys, Fisher and Shapiro, LLC, and and states as follows:

1. That the Debtor filed a Petition for relief under Chapter 13 of the U.S. Bankruptcy Code on September 10, 2008, and converted to Chapter 7 on April 26, 2012.

2. That the Movant is a Creditor of the Debtor, pursuant to a note secured by a mortgage on the real property commonly known as: 7326 S Woodlawn Ave, Chicago, IL 60619.

3. That the Debtor is in default under the terms of said note and mortgage for failure to make the installment payment due March 1, 2013, in the amount of $1,215.14 and each month thereafter.  That default does not include attorneys' fees, costs of collection and other advances and it does not constitute reinstatement.

4. That the indebtedness due Movant as of April 8, 2013, is in excess of $109,000.00.  Said indebtedness is currently due Movant after applying all offsets and credits due Debtor.

5. Upon information and belief of the Movant, the fair market value of the property is approximately $118,466.00 (see attached Exhibit A).

6. That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7. That the Movant lacks adequate protection in that there is little or no equity in the premises and that the Debtor is not making payments to the Movant as provided by the mortgage and note.

8. That the subject property is not necessary for an effective reorganization and the Movant is entitled to relief pursuant to 11 USC § 362(d).

9. That, on August 6, 2012, the court entered an Order of Discharge.

10. The Trustee's continued legal interest in the subject property stands as an impediment to such a foreclosure action.

11. That Barry A. Chatz, the Trustee of the Debtor's estate has taken action against other assets of the Debtor's estate, however, he has not shown an interest in administering the subject property.

12. That the Movant wishes to be reimbursed for the costs and attorneys' fees of filing this motion.

13. That, for the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 prays that this Court enter an order compelling Barry A. Chatz, in his capacity as Trustee of the Debtor's estate, to abandon all right title and interest in the property known as: 7326 S Woodlawn Ave, Chicago, IL 60619; and that Federal Bankruptcy Rule 4001(a)(3) be waived.

                         Respectfully submitted,

                         /s/ Jill A. Luetkenhaus_____
                         Attorney for Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1

Ross Brand  ARDC #6294886
Richard B. Aronow ARDC# 03123969
Christopher J. Stasko ARDC# 6256720
Jill A. Luetkenhaus ARDC# 6299380
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
12-064532

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**