**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) <u>Jeanette Coates</u>    Case No. <u>08-23985</u>    Chapter <u>7</u>

All Cases: Moving Creditor <u>Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1</u>    Date Case Filed <u>September 10, 2008</u>

Nature of Relief Sought: ☐ Lift Stay    ☐ Annul Stay    ☒ Other (describe) <u>Abandonment</u>

Chapter 7:  ____ No-Asset Report Filed on _____
            __X__ No-Asset Report not Filed, Date of Creditors Meeting <u>June 4, 2012</u>

1. Collateral
   a. Real Property <u>7326 S Woodlawn Ave, Chicago, IL 60619</u>
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of Petition Date is in excess of $<u>109,000.00</u>
   Total of all other liens including collateral $

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in **all** cases) $<u>118,466.00 upon information and belief</u>

5. Default
   a. Pre-Petition Default
      Number of months _____ Amount $_____

   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months <u>2</u>   Amount $<u>2,430.28</u>

      ii. On payments to the Standing Chapter 13 Trustee
          Number of months ____ Amount $_____

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance _____
      ii. Taxes Unpaid _____ Amount $_____
      iii. Rapidly depreciating asset _____
      iv. Other _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) <u>X</u>

   c. Other "Cause" § 362 (d) (1) _____
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i. ☐ Reaffirm             ii. ☐ Redeem
      iii. ☐ Surrender          iv. ☒ No Statement of Intention Filed

Date: <u>April 8, 2013</u>    /s/ Jill A. Luetkenhaus
                              Counsel for Movant