```
Label Matrix for local noticing          Bank of America, N.A., successor by merger t    Chase Home Finance LLC
0752-1                                   2380 Performance Dr. Bldg C Mail Stop: R        10790 Rancho Bernardo Rd.
Case 08-23985                            Richardson, TX 75082-4333                       San Diego, CA 92127-5705
Northern District of Illinois
Chicago
Mon Apr  8 10:14:36 CDT 2013

East Bay Funding, LLC                    JPMorgan Chase Bank, NA                         U.S. Bankruptcy Court
c/o Resurgent Capital Services           Mail Code LA4-5555   700 Kansas Lane            Eastern Division
PO Box 288                               Monroe, LA 71203                                219 S Dearborn
GREENVILLE, SC 29602-0288                                                                7th Floor
                                                                                         Chicago, IL 60604-1702

American Express                         (p)SPRINGLEAF FINANCIAL SERVICES                Aspire
c/o Becket and Lee                       P O BOX 3251                                    PO Box 23013
Po Box 3001                              EVANSVILLE IN 47731-3251                        Columbus, GA 31902-3013
Malvern, PA 19355-0701


B-Line, LLC                              Barclays Bank Delaware                          (p)CAPITAL ONE
MS 550                                   Attn:  Customer Support Department              PO BOX 30285
PO Box 91121                             Po Box 8833                                     SALT LAKE CITY UT 84130-0285
Seattle, WA 98111-9221                   Wilmington, DE 19899-8833


Carson Pirie Scott                       Chase Home Finance LLC                          Chase Manhattan Mortgage
PO Box 10327                             c/o Pierce and Associates, P.C.                 Attention:  Research Dept. G7-PP
Jackson, MS 39289-0327                   One North Dearborn, Suite #1300                 3415 Vision Drive
                                         Chicago, IL 60602-4321                          Columbus, OH 43219-6009


Columbus Bank & Trust                    Countrywide Home Lending                        Credit One Bank
Attn.: Bankruptcy Dept.                  Attention: Bankruptcy  SV-314B                  PO Box 98875
Po Box 120                               Po Box 5170                                     Las Vegas, NV 89193-8875
Columbus, GA 31902-0120                  Simi Valley, CA 93062-5170


Debt Recovery Solution                   Direct Merchants Bank                           Discover
Attention:  Bankruptcy                   Attn: Bankruptcy Dept                           PO Box 3025
Po Box 9001                              Po Box 5246                                     New Albany, OH 43054-3025
Westbury, NY 11590-9001                  Carol Stream, IL 60197-5246


First National Bank of Marin             Jefferson Capital Systems LLC                   Jefferson Capital Systems LLC
Customer Service                         Purchased From JEFFERSON CAPITAL SYSTEMS        Purchased From JEFFERSON CAPITAL SYSTEMS
Po Box 98873                             PO BOX 7999                                     PO BOX 7999
Las Vegas, NV 89193-8873                 SAINT CLOUD MN 56302-7999                       SAINT CLOUD MN 56302-7999
                                         Orig By: ASPIRE VISA                            Orig By: TRIBUTE MASTERCARD


Juniper Bank                             LVNV Funding LLC its successors and assigns     LVNV Funding LLC its successors and assigns
PO Box 13337                             assignee of Citibank                            assignee of General Electric Capital
Philadelphia, PA 19101-3337              Resurgent Capital Services                      Corp
                                         PO Box 10587                                    Resurgent Capital Services
                                         Greenville, SC 29603-0587                       PO Box 10587
                                                                                         Greenville, SC 29603-0587

LVNV Funding LLC its successors and assigns   NBGL - Carson's                            PEOPLES GAS LIGHT AND COKE CO
assignee of MHC Receivables, LLC         140 W. Industrial Drive                         130 E RANDOLPH DRIVE
Resurgent Capital Services               Elmhurst, IL 60126-1602                         CHICAGO, IL 60601-6203
PO Box 10587
Greenville, SC 29603-0587
```

```
Peoples Gas                              Pierce & Associates                      Pra Receivables Management, Llc
C/O Bankruptcy Department                1 N. Dearborn                            As Agent Of Portfolio Recovery Assocs.
130 E. Randolph Drive                    Suite 1300                               c/o 773-5**-0313
Chicago, IL 60601-6302                   Chicago, IL 60602-4373                   POB 41067
                                                                                  NORFOLK VA 23541-1067

Recovery Management Systems Corporation  Roundup Funding, LLC                     (p)SPRINT NEXTEL CORRESPONDENCE
For GE Money Bank                        MS 550                                   ATTN BANKRUPTCY DEPT
dba WALMART                              PO Box 91121                             PO BOX 7949
25 SE 2nd Ave Ste 1120                   Seattle, WA 98111-9221                   OVERLAND PARK KS 66207-0949
Miami FL 33131-1605

Tribute/fbofd                            eCAST Settlement Corporation             eCAST Settlement Corporation assignee of
6 Concourse Pkwy Ne Fl 2                 POB 35480                                Capital One Bank
Atlanta, GA 30328-6117                   Newark NJ 07193-5480                     POB 35480
                                                                                  Newark NJ 07193-5480

eCAST Settlement Corporation assignee of eCAST Settlement Corporation successor to eCAST Settlement Corporation successor to Se
HSBC Bank NA Direct Merchants            Chase Bank USA NA                        POB 35480
Credit Card Bank NA                      POB 35480                                Newark NJ 07193-5480
POB 35480                                Newark NJ 07193-5480
Newark NJ 07193-5480

Alfredo J Garcia                         Barry A Chatz                            Jeanette Coates
Ledford & Wu                             Arnstein & Lehr                          8301 S. Yates Blvd.
200 South Michigan Avenue                120 South Riverside Plaza Ste 1200       Chicago, IL 60617-1945
Suite 209                                Chicago, IL 60606-3910
Chicago, IL 60604-2406

Patrick S Layng                          Sara K Ledford
Office of the U.S. Trustee, Region 11    Ledford & Wu
219 S Dearborn St                        200 S Michigan Ave., Suite 209
Room 873                                 Chicago, IL 60604-2406
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American General Finance                 (d)American General Finance              (d)American General Financial Services, Inc.
3005 E 92nd St                           Attn:  Legal Department                  20 N. Clark, Suite 2600
Chicago, IL 60617                        20 N. Clark St., Suite 2600              Chicago, IL 60602
                                         Chicago, IL 60606

Capital 1 Bank                           Sprint PCS
Attn: C/O TSYS Debt Management           PO Box 219554
Po Box 5155                              Kansas City, MO 64121-9554
Norcross, GA 30091
```

Case 08-23985    Doc 58-4    Filed 04/08/13    Entered 04/08/13 12:17:11    Desc Exhibit
List of Creditors    Page 2 of 3

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bac Home Loan Servicing L.P.        (u)Chase Home Finance LLC/ WELLS FARGO BANK N        (u)Recovery Management Systems Corp


(d)East Bay Funding, LLC               End of Label Matrix
c/o Resurgent Capital Services         Mailable recipients    46
PO Box 288                             Bypassed recipients     4
Greenville, SC 29602-0288              Total                  50
```